IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GenBioPro, Inc.

**Plaintiff,**

v.

U.S. Food and Drug Administration, et al.

**Defendant.**

Case No. 23-cv-1057

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

■ The following corporate affiliations exist with GenBioPro, Inc.:
(name of party)

Xenia Holdco LLC is the parent of GenBioPro, Inc.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of
_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

4/19/2023
Date

/s/ Samuel I. Ferenc
Signature

Samuel I. Ferenc / D. Md. Bar. No. 21395
Printed name and bar number

601 Massachusetts Ave., NW Washington, D.C. 20001-3743
Address

sam.ferenc@arnoldporter.com
Email address

202.942.5000
Telephone number

202.942.5999
Fax number

2