UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **GENBIOPRO, INC.**,<br><br>*Plaintiff*,<br><br>v.<br><br>**U.S. FOOD AND DRUG ADMINISTRATION, et al.**,<br><br>*Defendants.* | Case No. 23-cv-1057-TDC |

### NOTICE OF APPEARANCE

Please take notice of the appearance of the following counsel on behalf of Defendants:

Christopher A. Eiswerth
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Rm. 12310
Washington, DC 20530
202.305.0568
christopher.a.eiswerth@usdoj.gov

Date:   June 22, 2023                             Respectfully submitted,

                                                    BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director
Federal Programs Branch

*/s/ Christopher A. Eiswerth*
Christopher A. Eiswerth (D.C. Bar No. 1029490)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Rm. 12310
Washington, DC 20005
Tel: (202) 305-0568
Email: christopher.a.eiswerth@usdoj.gov

*Counsel for Defendants*