**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| **GENBIOPRO, INC.**, <br><br> *Plaintiff,* <br><br> **v.** <br><br> **U.S. FOOD AND DRUG ADMINISTRATION, et al.**, <br><br> *Defendants.* | Case No. 23-cv-1057-TDC |

## [PROPOSED] ORDER

Upon consideration of Defendants' Unopposed Motion for Extension of Time to Respond to the Complaint, it is hereby

ORDERED that the Motion is GRANTED, and it is FURTHER ORDERED that Defendants' time to respond to the complaint is extended to July 26, 2023.

SO ORDERED this ___ day of June 2023.

_____
Theodore D. Chuang
United States District Judge