UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **GENBIOPRO, INC.**,<br><br>*Plaintiff,*<br><br>v.<br><br>**U.S. FOOD AND DRUG ADMINISTRATION**, *et al.*,<br><br>*Defendants.* | Case No. 23-cv-1057-TDC |

## JOINT MOTION TO STAY

The parties respectfully request that the Court stay this case pending the resolution of appellate proceedings in *Alliance for Hippocratic Medicine v. FDA*, No. 22-cv-223-Z (N.D. Tex.). In support of this motion, the parties state as follows:

1. Last year, the plaintiffs in *Alliance* filed suit in the United States District Court for the Northern District of Texas challenging, among other things, FDA's 2000 approval of a new drug application for mifepristone for medical termination of early pregnancy (under the brand name Mifeprex) and the Agency's 2019 approval of GenBioPro's abbreviated new drug application (ANDA) for a generic version of mifepristone. *See* Compl., ECF No. 1, No. 22-cv-223-Z (N.D. Tex. Nov. 18, 2022).[1]

2. Over the government's vigorous defense, the *Alliance* district court entered an order "stay[ing] the effective date" of FDA's 2000 approval of Mifeprex, its 2019 approval of GenBioPro's ANDA, and various other regulatory actions regarding mifepristone. *See All. for*

---

[1] Plaintiff in this case, GenBioPro, is not a party to the *Alliance* case.

*Hippocratic Med. v. FDA*, --- F. Supp. 3d ---, 2023 WL 2825871, at *32 (N.D. Tex. Apr. 7, 2023). On appeal, the Fifth Circuit stayed the district court's order with respect to FDA's 2000 approval of Mifeprex, concluding that any challenge to that decision was likely time-barred, but left undisturbed the district court's order with respect to FDA's 2019 approval of GenBioPro's ANDA. *See All. for Hippocratic Med. v. FDA*, 2023 WL 2913725, at *21 (5th Cir. Apr. 12, 2023). The Supreme Court then stayed the district court's order in its entirety "pending disposition of the appeal in the United States Court of Appeals for the Fifth Circuit and disposition of a petition for a writ of certiorari, if such a writ is timely sought." *Danco Labs., LLC v. All. for Hippocratic Med.*, 143 S. Ct. 1075 (Apr. 21, 2023). The *Alliance* appeal is currently pending in the Fifth Circuit, where oral argument was heard on May 17, 2023.

3. Two days before the Supreme Court stayed the district court's order in *Alliance*, GenBioPro filed this case. The company alleges that if FDA were to suspend or withdraw approval of its ANDA without providing the process it contends it is entitled to under 21 U.S.C. § 355(e) and the due process clause, it would violate the Administrative Procedure Act and the Constitution. *See* Compl. ¶¶ 101-40. Defendants' response to the complaint is currently due on July 26, 2023, after one extension. *See* ECF No. 29 (June 23, 2023).

4. Defendants dispute whether Plaintiff's suit is proper and its claims have merit. The parties agree, however, that the resolution of appellate proceedings in *Alliance* may significantly affect the issues in this case, including but not limited to potentially obviating the need for the Court to decide this case. Therefore, in the interest of efficiency and to conserve judicial and party resources, the parties jointly request that the Court stay this case pending the resolution of appellate proceedings in *Alliance*, without prejudice to either party moving to lift the stay at any time. The

parties further propose to file a joint status report within 14 days of the Fifth Circuit's issuance of a decision in *Alliance* to update the Court on that case's status.

  A proposed order is attached.

Dated:  July 26, 2023

ARNOLD & PORTER KAYE SCHOLER LLP

*/s/ Samuel I. Ferenc*
Samuel I. Ferenc (D. Md. Bar No. 21395)
John P. Elwood
Daphne O'Connor
Robert J. Katerberg
Kolya D. Glick
Angelique A. Ciliberti
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W
Washington, D.C. 20001
Tel: (202) 942-5000
Email: sam.ferenc@arnoldporter.com

Julia M. Hatheway
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019

David C. Frederick
Ariela M. Migdal
Eliana Margo Pfeffer
Mary Charlotte Y. Carroll
KELLOGG, HANSEN, TODD,
 FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

Skye L. Perryman
Kristen Miller
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043

*Attorneys for Plaintiff GenBioPro, Inc.*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director
Federal Programs Branch

*/s/ Christopher A. Eiswerth*
Christopher A. Eiswerth (D.C. Bar No. 1029490)
Alexander V. Sverdlov (N.Y. Bar No. 4918793)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Rm. 12310
Washington, DC 20005
Tel: (202) 305-0568
Email: christopher.a.eiswerth@usdoj.gov

*Counsel for Defendants*