UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GENBIOPRO, INC.,<br><br>               *Plaintiff,*<br><br>   v.<br><br>U.S. FOOD AND DRUG<br>ADMINISTRATION, *et al.*,<br><br>              *Defendants.* | Case No. 23-cv-1057-TDC |

## ORDER

Upon consideration of the parties' Joint Motion to Stay, it is hereby

ORDERED that the Motion is GRANTED; and it is

FURTHER ORDERED that this case is STAYED without prejudice to any party's ability to move to lift it at any time; and it is

FURTHER ORDERED that the parties SHALL file a joint status report within 14 days of the Fifth Circuit's decision in *Alliance*, attaching a copy of that decision and updating the Court on that case's status.

SO ORDERED this 31 day of July 2023.

Theodore D. Chuang
United States District Judge