UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GENBIOPRO, INC., *Plaintiff*, v. U.S. FOOD AND DRUG ADMINISTRATION, *et al.*, *Defendants.* | Civil Action No. TDC-23-1057 |

## JOINT STATUS REPORT

Pursuant to the Court's Order filed August 1, 2023, ECF 31, the parties respectfully submit this joint status report concerning *Alliance for Hippocratic Medicine, et al. v. U.S. Food & Drug Administration, et al.*, No. 23-10362 (5th Cir.). On August 16, 2023, the Fifth Circuit issued a decision in that case vacating in part and affirming in part the order of the district court. *All. for Hippocratic Med. v. FDA*, --- F.4th ---, 2023 WL 5266026. A copy of the decision is attached here.

The parties agree that it is appropriate to maintain the current stay pending the resolution of the government's forthcoming petition for a writ of certiorari in *Alliance*, and propose to file another joint status report within 14 days of the Supreme Court's entry of judgment in the case (or, if the Court denies certiorari, within 14 days of the denial). The parties continue to reserve the right to move to lift the stay at any time.

| | |
|---|---|
| Dated: August 30, 2023 | Respectfully submitted, |

ARNOLD & PORTER KAYE SCHOLER LLP

/s/ Samuel I. Ferenc
Samuel I. Ferenc (D. Md. Bar No. 21395)
John P. Elwood
Daphne O'Connor
Robert J. Katerberg
Kolya D. Glick
Angelique A. Ciliberti
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W
Washington, D.C. 20001
Tel: (202) 942-5000
Email: sam.ferenc@arnoldporter.com

Julia M. Hatheway
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019

David C. Frederick
Ariela M. Migdal
Eliana Margo Pfeffer
Mary Charlotte Y. Carroll
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

Skye L. Perryman
Kristen Miller
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043

*Attorneys for Plaintiff GenBioPro, Inc.*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director
Federal Programs Branch

/s/ Christopher A. Eiswerth
Christopher A. Eiswerth (D.C. Bar No. 1029490)
Alexander V. Sverdlov (N.Y. Bar No. 4918793)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Rm. 12310
Washington, DC 20005
Tel: (202) 305-0568
Email: christopher.a.eiswerth@usdoj.gov

*Counsel for Defendants*