IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **GENBIOPRO, INC.,** *Plaintiff*, v. **U.S. FOOD AND DRUG ADMINISTRATION**, *et al.*, *Defendants*. | Case No. 23-cv-1057-TDC |

### [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW ATTORNEY APPEARANCE

Before the Court is Plaintiff's Motion to Withdraw Attorney Appearance in this case for Julia M. Hatheway, filed August 6, 2024.  Having considered this motion, the Court concludes Plaintiff is entitled to the relief sought.  Accordingly, it is hereby **ORDERED** that the Motion to Withdraw Attorney Appearance is **GRANTED**.

**SO ORDERED** this _____ day of August, 2024

_____
Honorable Theodore D. Chuang
United States District Judge