UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**GENBIOPRO, INC.**,

*Plaintiff*,

**v.**

Case No. 23-cv-1057-TDC

**U.S. FOOD AND DRUG
ADMINISTRATION,** *et al.*,

*Defendants.*

## JOINT STATUS REPORT

Pursuant to the Court's order of August 2, 2024 (ECF No. 34), the parties respectfully submit this joint status report. The parties state as follows:

1. Last year, the Court granted (ECF No. 31) the parties' joint motion to stay proceedings in this case pending Supreme Court review of the U.S. Court of Appeals for the Fifth Circuit's decision in *Alliance for Hippocratic Medicine v. FDA*, 78 F.4th 210 (5th Cir. 2023), which affirmed in part and reversed in part an order in *Alliance for Hippocratic Medicine v. FDA*, 668 F. Supp. 3d 507 (N.D. Tex. 2023).

2. On June 13, 2024, the Supreme Court held that the plaintiffs in *Alliance* "lack[ed] Article III standing to challenge FDA's actions" relating to mifepristone. *See FDA v. All. for Hippocratic Med.*, 602 U.S. 367, 372, 397 (2024). It then remanded the case for further proceedings consistent with its opinion. *Id.* at 397.

3. After the parties in this case filed their last joint status report (ECF No. 33), on September 16, 2024, the Fifth Circuit issued an opinion and judgment vacating the district court's

order in full and remanding "for further proceedings consistent with the Supreme Court's opinion." *All. for Hippocratic Med. v. FDA*, 117 F.4th 336, 340 (5th Cir. 2024).

4.      On September 30, 2024, the parties in *Alliance* filed a joint status report in the district court stating their respective positions on further proceedings. *See* ECF No. 191, No. 2:22-cv-223-Z (N.D. Tex. Sept. 30, 2024). The federal defendants and intervenor-defendant Danco Laboratories, LLC argued that the case cannot proceed following the Supreme Court's ruling and proposed filing a motion to dismiss unless the court opted to dismiss immediately. *See id.* at 2-3. The original plaintiffs in *Alliance* argued that the Supreme Court decision applied only to their preliminary injunction motion. *Id.* at 3. The States of Missouri, Kansas, and Idaho—whose motion to intervene the district court had granted on January 12, 2024—argued that they had standing and planned to amend their complaint. *See id.* at 3-4.

5.      On October 11, 2024, the intervenor-plaintiff States in *Alliance* filed a motion for leave to file an amended complaint and attached a proposed pleading. ECF No. 195, No. 2:22-cv-223-Z (N.D. Tex. Oct. 11, 2024). The *Alliance* defendants' response is due November 1, 2024. The intervenor-plaintiff States' proposed amended complaint in *Alliance* raises numerous issues relating to various FDA regulatory actions with respect to the product of the Plaintiff in this case, GenBioPro.

6.      In this case, Defendants continue to dispute whether Plaintiff's suit is proper and its claims have merit. The parties agree, however, that they would benefit from understanding how proceedings in the district court in *Alliance* will progress.

7.      Therefore, in the interest of efficiency and to conserve judicial and party resources, the parties respectfully suggest that this case continue to be held in abeyance and that the parties file another joint status report in 45 days.

Dated:  October 31, 2024

ARNOLD & PORTER KAYE SCHOLER LLP

*/s/ Samuel I. Ferenc*
Samuel I. Ferenc (D. Md. Bar No. 21395)
John P. Elwood
Daphne O'Connor
Robert J. Katerberg
Kolya D. Glick
Angelique A. Ciliberti
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, D.C. 20001
Tel: (202) 942-5000
Email: sam.ferenc@arnoldporter.com

David C. Frederick
Ariela M. Migdal
Eliana Margo Pfeffer
Mary Charlotte Y. Carroll
KELLOGG, HANSEN, TODD,
   FIGEL & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036

Skye L. Perryman
Kristen Miller
DEMOCRACY FORWARD FOUNDATION
P.O. Box 34553
Washington, D.C. 20043

*Counsel for Plaintiff GenBioPro, Inc.*

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director
Federal Programs Branch

*/s/ Christopher A. Eiswerth*
Christopher A. Eiswerth (D.C. Bar No. 1029490)
Alexander V. Sverdlov (N.Y. Bar No. 4918793)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Rm. 12310
Washington, DC 20005
Tel: (202) 305-0568
Email: christopher.a.eiswerth@usdoj.gov

*Counsel for Defendants*