**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| GENBIOPRO, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. FOOD AND DRUG ADMINISTRATION,<br>ROBERT M. CALIFF, M.D., *in his official capacity as Commissioner of Food and Drugs, U.S. Food and Drug Administration,*<br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br>XAVIER BECERRA, *in his official capacity as Secretary, U.S. Department of Health and Human Services,*<br>MERRICK GARLAND, *in his official capacity as Attorney General of the United States,* and<br>U.S. DEPARTMENT OF JUSTICE,<br><br>    Defendants. | Civil Action No. TDC-23-1057 |

**ORDER**

On October 31, 2024, the parties filed a Joint Status Report requesting that the Court continue the stay of this case. ECF No. 39. Having reviewed the Joint Status Report, it is hereby ORDERED that:

1. The case is stayed until **45 days** from the date of this Order.

2. Within **45 days** of the date of this Order, the parties shall file a Joint Status Report proposing next steps in the case.

Date: October 31, 2024



THEODORE D. CHUANG
United States District Judge