UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

GENBIOPRO, INC.,

    Plaintiff,

v.

U.S. FOOD AND DRUG
ADMINISTRATION,
ROBERT M. CALIFF, M.D., *in his official capacity as Commissioner of Food and Drugs, U.S. Food and Drug Administration,*
U.S. DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
XAVIER BECERRA, *in his official capacity as Secretary, U.S. Department of Health and Human Services,*
MERRICK GARLAND, *in his official capacity as Attorney General of the United States,* and
U.S. DEPARTMENT OF JUSTICE,

    Defendants.

Civil Action No. TDC-23-1057

**ORDER**

On December 16, 2024, the parties filed a Joint Status Report requesting that the Court continue the stay of this case. ECF No. 41. Having reviewed the Joint Status Report, it is hereby ORDERED that:

1. The case is stayed until **120 days** from the date of this Order.

2. Within **120 days** of the date of this Order, the parties shall file a Joint Status Report proposing next steps in the case.

Date: December 17, 2024



THEODORE D. CHUANG
United States District Judge