UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **GENBIOPRO, INC.**,<br><br>*Plaintiff*,<br><br>v.<br><br>**U.S. FOOD AND DRUG ADMINISTRATION, et al.**,<br><br>*Defendants*. | Case No. 23-cv-1057-TDC |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Daniel Schwei, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendants in the above captioned matter in substitution for Christopher A. Eiswerth, who is no longer assigned to this matter. Contact information for Mr. Schwei is as follows:

Daniel Schwei
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Rm. 11532
Washington, DC 20530
202.305.8693
daniel.s.schwei@usdoj.gov

Date:   January 15, 2025            Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC B. BECKENHAUER
Assistant Branch Director

*/s/ Daniel Schwei*
Daniel Schwei
Special Counsel

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Rm. 11532
Washington, DC 20005
Tel: (202) 305-8693
Email: daniel.s.schwei@usdoj.gov

*Counsel for Defendants*