# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

GENBIOPRO, INC.,

    Plaintiff,

v.

U.S. FOOD AND DRUG ADMINISTRATION, *et al.*,

    Defendants.

Civil Action No. 23-1057-TDC

## ORDER

The parties have filed a Joint Status Report in which they request that the Court continue the stay of this case. ECF No. 45. Having reviewed the Joint Status Report, it is hereby ORDERED that:

1. The case is stayed until **120 days** from the date of this Order.

2. Within **120 days** of the date of this Order, the parties shall file a Joint Status Report proposing next steps in the case.

Date: April 17, 2025



THEODORE D. CHUANG
United States District Judge