UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **GENBIOPRO, INC.**, <br><br> *Plaintiff*, <br><br> v. <br><br> **U.S. FOOD AND DRUG ADMINISTRATION**, *et al.*, <br><br> *Defendants.* | Case No. 23-cv-1057-TDC |

**JOINT STATUS REPORT**

Pursuant to the Court's order of April 17, 2025 (ECF No. 46), the parties respectfully submit this joint status report. The parties state as follows:

1. In 2023, the Court granted (ECF No. 31) the parties' joint motion to stay proceedings in this case pending Supreme Court review of the U.S. Court of Appeals for the Fifth Circuit's decision in *Alliance for Hippocratic Medicine v. FDA*, 78 F.4th 210 (5th Cir. 2023), which affirmed in part and reversed in part an order in *Alliance for Hippocratic Medicine v. FDA*, 668 F. Supp. 3d 507 (N.D. Tex. 2023).

2. As described in the parties' prior joint status reports, on June 13, 2024, the Supreme Court held that the plaintiffs in *Alliance* lacked Article III standing to challenge FDA's actions relating to mifepristone. *See FDA v. All. for Hippocratic Med.*, 602 U.S. 367, 372, 397 (2024). The Fifth Circuit subsequently remanded the case to the district court. *All. for Hippocratic Med. v. FDA*, 117 F.4th 336, 340 (5th Cir. 2024). While the *Alliance* case was pending on appeal, the district court granted a motion to intervene as plaintiffs by the States of Missouri, Kansas, and Idaho.

1

3. On remand to the district court, the defendants in *Alliance* moved to dismiss the original plaintiffs' and intervenor-plaintiffs' complaints, and opposed a motion for leave by the intervenor-plaintiffs to amend their complaint. *Alliance*, ECF Nos. 196, 199. The original plaintiffs voluntarily dismissed their claims on November 19, 2024. *Alliance*, ECF No. 203.

4. On January 16, 2025, the district court granted the intervenor-plaintiffs' motion for leave to amend and denied the defendants' motions to dismiss as moot. *Alliance*, ECF No. 215. On January 18, 2025 and January 28, 2025, the *Alliance* defendants moved to dismiss the intervenor-plaintiffs' amended complaint. *Alliance*, ECF Nos. 218, 221.

5. On February 25, 2025, plaintiff in this action, GenBioPro, Inc., filed an opposed motion to intervene in the *Alliance* action, now known as *Missouri*. The motion was granted on May 8, 2025. *Missouri*, ECF No. 246.

6. Briefing on the motions to dismiss the intervenor-plaintiffs' amended complaint in *Missouri* was completed on May 5, 2025. The motions remain pending.

7. In this case, Defendants continue to dispute whether Plaintiff's suit is proper and its claims have merit. The parties agree, however, that they would benefit from understanding how the pending motions in *Missouri* will be resolved.

8. Therefore, in the interest of efficiency and to conserve judicial and party resources, Plaintiff respectfully suggests that this case continue to be held in abeyance and that the parties file another joint status report in 90 days. Defendants advise Plaintiff through counsel that they join in this request.

Dated:  August 15, 2025

        Respectfully submitted,

        ARNOLD & PORTER KAYE SCHOLER LLP

        */s/ Samuel I. Ferenc*
        Samuel I. Ferenc (D. Md. Bar No. 21395)
        John P. Elwood
        Daphne O'Connor
        Robert J. Katerberg
        Kolya D. Glick
        Angelique A. Ciliberti
        ARNOLD & PORTER KAYE SCHOLER LLP
        601 Massachusetts Ave, NW
        Washington, D.C. 20001
        Tel: (202) 942-5000
        Email: sam.ferenc@arnoldporter.com

        David C. Frederick
        Ariela M. Migdal
        Eliana Margo Pfeffer
        Mary Charlotte Y. Carroll
        KELLOGG, HANSEN, TODD,
          FIGEL & FREDERICK, P.L.L.C.
        1615 M Street, N.W., Suite 400
        Washington, D.C. 20036

        Skye L. Perryman
        DEMOCRACY FORWARD FOUNDATION
        P.O. Box 34553
        Washington, D.C. 20043

        *Counsel for Plaintiff GenBioPro, Inc.*