UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **GENBIOPRO, INC.**,<br><br>    *Plaintiff*,<br><br>  v.<br><br>**U.S. FOOD AND DRUG ADMINISTRATION**, *et al.*,<br><br>    *Defendants*. | Case No. 23-cv-1057-TDC |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff GenBioPro, Inc. gives notice of its voluntary dismissal of this action without prejudice. Defendants have neither answered nor moved for summary judgment. Accordingly, dismissal by notice is proper under Rule 41(a)(1)(A)(i).

Dated: November 14, 2025

Respectfully submitted,

ARNOLD & PORTER KAYE SCHOLER LLP

*/s/ Samuel I. Ferenc*
Samuel I. Ferenc (D. Md. Bar No. 21395)
John P. Elwood
Daphne O'Connor
Robert J. Katerberg
Kolya D. Glick
Angelique A. Ciliberti
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, D.C. 20001
Tel: (202) 942-5000
Email: sam.ferenc@arnoldporter.com

*Counsel for Plaintiff GenBioPro, Inc.*